# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>BRITISH ALEXANDER MITCHELL, a/k/a "Brisco,"<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No. 16-6369-Valle<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 22, 2016__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1028(a)(7) | The defendant, BRITISH ALEXANDER MITCHELL, a/k/a "Brisco," on March 22, 2016, did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, that is, Title 18, United States Code, Section 1343, knowingly, and with the intent to defraud devising a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, knowing that the pretenses, were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1028(a)(7). |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRIAN LAWSON, USSS SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/15/16

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

ALICIA O. VALLE, U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT

I, Brian Lawson, first being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the United States Secret Service ("USSS") and have been since October 2013. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2. I am responsible for investigations of offenses under Title 18, United States Code, Sections 1028 and 1029, among other sections. I have received extensive training on the proper investigative techniques for these violations.

3. This affidavit is submitted in support of criminal complaints against DAVID CHRISTOPHER ISAACS, JR., BRITISH ALEXANDER MITCHELL, a/k/a "Brisco," TEKLE KIERON MASON, SOHNCHEZ EARL GRANT and NIGEL CHRISTOPHER PAUL MARTIN, charging that they did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, that is, Title 18, United States Code, Section 1343, knowingly, and with the intent to defraud devising a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, knowing that the pretenses, were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1028(a)(7).

4. I base the facts in this affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from others while in my official capacity. Because

1

this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not contain all of the information known to me concerning this investigation. Instead, it contains only those facts necessary to establish probable cause.

*MASON*

5.  On April 6, 2016, agents observed (during physical surveillance) MASON and DAVID CHRISTOPHER ISAACS, JR drove together from a Winn Dixie in Miramar, Florida to the Home Depot located in Hialeah, Florida. MASON went inside the Home Depot and did a telephone payment transaction for the purchase of items. Home Depot allows customers inside the store to do over the phone payment transactions. With this payment method, the customer inside the store provides the cashier with the telephone number of a third person. The cashier then calls the third person, who then provides the cashier with the credit card number to be used as payment. The cashier will then input that credit card number to complete the sale.

6.  For the April 6, 2016 transaction witnessed by agents, the person on the telephone provided the cashier with a Capital One credit card, ending in 5878. The card was successfully charged for MASON's items, totaling $1,318.24. MASON then met back up with ISAACS outside the Home Depot. Agents observed ISAACS outside in the vehicle sitting in the passenger seat. Agents observed ISAACS on the phone during this time as well.

7.  During the transaction inside Home Depot, MASON sent a text message stating "look out for the call." MASON sent the text message to telephone number 407-922-9427, which is known to be used by ISAACS. For example, on March 30, 2016, ISAACS called Capital One from that telephone number and identified himself as Victim "N.F.," with date of birth "XX-XX-1950." Your Affiant has heard ISAACS's voice in person, as well as listened to a video recorded interview of ISAACS that took place after a traffic stop in Texas.

2

*ISAACS*

8. On March 25, 2016 at approximately 8:30 p.m., ISAACS called Capital One from telephone number 561-284-9536. He identified himself as "T.P." and by date of birth "XX-XX-1966," who is the holder of Capital One credit card ending in 7891. He stated that he was at Home Depot attempting to use his Capital One credit card and that it was not going through. Surveillance video from a Home Depot in Hialeah, Florida, on March 25, 2016 at a time close to 8:30 p.m. shows that MITCHELL was inside the Home Depot and that he obtained items, which were paid for with a Capital One credit card, ending in 7891.

*MITCHELL*

9. On March 19, 2016 **MITCHELL** called Capital One twice. Your Affiant has heard MITCHELL's voice in person, as well as heard recordings of his voice. On the calls, MITCHELL identified himself as "M.A.," the holder of a Capital One credit card, ending in 1619. Surveillance video from a Home Depot in Miami-Dade, Florida from March 22, 2016 shows MITCHELL making a purchase, which was paid for with a Capital One credit card, ending in 1619.

*MARTIN*

10. On March 29, 2016, MARTIN entered a Home Depot located in Broward County, Florida and completed a telephone payment transaction for the purchase of items. The items were paid for with a Capital One credit card, ending in 5887. MARTIN provided the cashier with telephone number 561-284-9536 as the telephone number of the cardholder to contact.

11. On March 29, 2016, DAVID CHRISTOPHER ISAACS, JR. called Capital One from telephone number 561-284-9536, and identified himself as Victim N.F., with Capital One credit card ending in 9140 to inquire about the available credit balance and asked that the account be noted that "he will be using the card at Home Depot."

3

*GRANT*

12. On January 14, 2016, GRANT and ISAACS went to a Payless Shoe Store, in Miami Gardens, Florida. There, GRANT attempted to make a purchase with a card re-encoded with a victim Chase credit card, ending in 7071. However, the card was declined.

13. On March 9, 2016, ISAACS called Capital One, while identifying himself as Victim "R.N." to inquire about the available credit balance on a Capital One credit card, ending in 3292.

14. On March 10, 2016, GRANT, entered a Home Depot located in Hialeah, and completed a telephone payment transaction for the purchase of items. The items were paid for with a Capital One credit card, ending in 3292.

15. The card holders did not give permission to any of the Defendants to possess their card numbers. Capital One, the issuer of the credit cards here, operates in interstate commerce.

16. Based upon my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that DAVID CHRISTOPHER ISAACS, JR., BRITISH ALEXANDER MITCHELL, a/k/a "Brisco," TEKLE KIERON MASON, SOHNCHEZ EARL GRANT and NIGEL CHRISTOPHER PAUL MARTIN did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, that is, Title 18, United States Code, Section 1343, knowingly, and with the intent to defraud devising a scheme and artifice to defraud. and to obtain money and property by means of materially false and fraudulent pretenses, knowing that the pretenses, were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication

in interstate commerce certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1028(a)(7).

FURTHER YOUR AFFIANT SAYETH NAUGHT

SPECIAL AGENT BRIAN LAWSON
UNITED STATES SECRET SERVICE

Subscribed and sworn before me
This 12th day of August 2016.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16 - 6369 - Valle

UNITED STATES OF AMERICA

vs.

BRITISH ALEXANDER MITCHELL,
a/k/a "Brisco,"

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
KAREN E. STEWART
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0691011
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
TEL (954) 660-5798
FAX (954) 356-7255